## SHANNONHOUSE v. WEYERHAEUSER CO.

No. 165P00

Case below: 136 N.C.App. 848

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

## SHARPE v. WORLAND

No. 55P99-2

Case below: 137 N.C.App. 82

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

## SHAUT v. CANNON

No. 161P00

Case below: 136 N.C.App. 834

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

## STATE v. BASDEN

No. 159A93-4

Case below: Duplin County Superior Court

Petition by defendant for a writ of certiorari to review the order of the Superior Court, Duplin County, denied 15 June 2000.

## STATE v. BOYD

No. 547A88-3

Case below: Rockingham County Superior Court

Petition by defendant for a writ of certiorari to review the order of the Superior Court, Rockingham County, denied 15 June 2000.